IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JAN 1 8 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-100-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SCHUYLER STEWART ZWAR, | |
| Defendant. | |

The Bureau of Prisons has designated FMC Devens as the facility where Defendant Schuyler Stewart Zwar will undergo an evaluation to determine his competency to proceed in this matter.

Accordingly, IT IS ORDERED:

1. Schuyler Stewart Zwar is remanded to the custody of the United States Marshals Service for immediate transport to this facility.

2. The United States Marshals Service shall take no more than ten (10) days each way to transport Schuyler Stewart Zwar from the District of Montana to the designated federal facility and to return Schuyler Stewart Zwar from the designated federal facility back to the District of Montana. *See* 18 U.S.C. § 3161(h)(1)(F).

1

3. Schuyler Stewart Zwar shall be committed to the facility and subjected to a psychiatric or psychological examination to be conducted in accordance with 18 U.S.C. §§ 4241(b) and 4247(b) and (c). The evaluation shall be completed within thirty (30) days of Schuyler Stewart Zwar's arrival at the facility. 18 U.S.C. § 4247(b).

4. The report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

5. All time from the date of this Order until the date of the Court's determination as to Schuyler Stewart Zwar's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

6. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 18th day of January, 2019.

SUSAN P. WATTERS
United States District Judge