

APR 23 2020

Clerk, U S District Court
District Of Montana
Billings

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SCHUYLER STEWART ZWAR,

Defendant.

**Case No. CR 14-100-BLG-SPW**

**ORDER**

On April 10, 2020 an Administrative Order amending and superseding the Administrative Order filed on March 27, 2020 was filed by Chief Judge Morris regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. On March 27, 2020 the President signed into law the CARES Act, H.R. 748. Subject to the Judicial Conference of the United States finding that "emergency conditions due to the national emergency declared by the President" will "materially affect the functioning of either the Federal courts generally or a particular district court of the United States," the Chief Judge hereby authorizes "the use of video teleconferencing, or telephone conferencing if video teleconferencing is not

reasonably available," for the ten types of criminal procedures enumerated in Section 15002(b)(1) of the CARES Act.

*See* also The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf

It has been brought to the Court's attention that Defendant is being transported from the Crossroads Correctional Facility to Yellowstone County Detention Facility. Therefore,

**IT IS HEREBY ORDERED** that the Competency Hearing and Revocation Hearing set for Wednesday, April 29, 2020 at 10:00 a.m. are **VACATED.**

**IT IS FURTHER ORDERED** that the Competency Hearing and Revocation Hearing are **RESET VIA VIDEO from the Yellowstone County Detention Facility** on **Wednesday, April 29, 2020 at 2:00 p.m.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 23rd day of April, 2020.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE